UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                              Bankr. Case No. 19-29629

Brett A Giffin                                                         Chapter 7

    Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Daimler Trust hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

>Daimler Trust
>c/o BK Servicing, LLC
>PO Box 131265
>Roseville, MN  55113-0011

>BK Servicing, LLC

>By /s/ Ed Gezel
>_____

>Ed Gezel, Agent
>BK Servicing, LLC
>PO Box 131265
>Roseville, MN  55113-0011
>651-366-6390
>notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on October 23, 2019 :

Robert J. Lohr, II
Lohr & Associates, Ltd.
1246 West Chester Pike
Suite 312
West Chester, PA  19382

Barbara Edwards
Muscarella,bochet,edwards & D'alessandro
10-04 River Road
Fair Lawn, NJ  07410

By __/s/ Ed Gezel, Agent_____
      Ed Gezel

514704