Certificate Number: 14912-NJ-DE-033629485

Bankruptcy Case Number: 19-29629



14912-NJ-DE-033629485

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 31, 2019</u>, at <u>11:22</u> o'clock <u>AM EDT</u>, <u>Brett Giffin</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>October 31, 2019</u>          By:    <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>