UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Brett A. Giffin

Case No.: 19-29629

Chapter: 7

Judge: GAMBARDELLA

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Robert J. Lohr, II

This will confirm that on ___11/18/19___ the following document(s) was filed by you.

☒ Amendment to Schedule(s) A/B, C ,

☐ Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 11/20/19                                         Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Brett A Giffin  
     Debtor

Case No. 19-29629-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 20, 2019  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2019.  
db          +Brett A Giffin,   46 Lake Drive,   Mountain Lakes, NJ 07046-1341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:  
        Barbara Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com  
        John R. Morton, Jr.   on behalf of Creditor   Daimler Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Kevin Gordon McDonald   on behalf of Creditor   DLJ Mortgage Capital, Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Robert J. Lohr, II   on behalf of Debtor Brett A Giffin bob@lohrandassociates.com, leslie@lohrandassociates.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
     TOTAL: 5