UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Brett A. Giffin, Debtor(s).

Case No.: 19-29629-RG
Chapter: 7
Judge: R. Gambardella

## NOTICE OF PROPOSED ABANDONMENT

__Barbara A. Edwards__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court, DNJ<br>PO Box 1352<br>Newark, NJ 07101-1352 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gambardella__ on __1/14/20__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3E__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | One-half interest in real property located at 46 Lake Drive, Mountain Lakes, NJ. Fair Market Value: $840,000.00 After taking into consideration the mortgage, the interest of the non-debtor co-owner and debtor's exemption, no monies will be remaining for distribution to unsecured creditors herein. |
|---|---|

| Liens on property: | Subject to mortgage held by Select Portfolio Servicing, Inc. in the approximate amount of $806,853.91. |
|---|---|

| Amount of equity claimed as exempt: | $16,573.05 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barbara A. Edwards, Interim Trustee
Address: Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410
Telephone No.: 201-796-3100

rev.8/1/15

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                              Case No. 19-29629-RG
Brett A Giffin                                                      Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Dec 10, 2019
                              Form ID: pdf905          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2019.
```
db             +Brett A Giffin,    46 Lake Drive,    Mountain Lakes, NJ 07046-1341
cr             +Daimler Trust,    c/o BK Servicing, LLC,    P.O. Box 131265,    Roseville, MN 55113-0011
cr             +Daimler Trust,    P.O. Box 961245,    Fort Worth, TX 76161-0244
518516576      +American Express,    Correspondence/Bankruptcy,    P.O. Box 981540,    El Paso, TX 79998-1540
518516578      +First National Bank,    Attn: Bankruptcy,    1620 Dodge St Mailstop 4440,    Omaha, NE 68197-0002
518516579       Glenn Haufler,    8 Walnut Street,    Concord, MA 01742
518516580      +Kira F. Giffin,    46 Lake Drive,    Mountain Lakes, NJ 07046-1341
518516582      +Patrick J. Hannon, Esquire,    Hartley Michon Robb,    155 Seaport Boulevard,    2nd Floor,
                 Boston, MA 02210-2698
518516584       State of New Jersey,    Division of Taxation,    P.O. Box 643,    Trenton, NJ 08646-0643
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 10 2019 23:42:49      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 10 2019 23:42:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518516577      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 10 2019 23:41:01      Credit One Bank,
                 Attn: Bankruptcy Department,    P.O. Box 98873,    Las Vegas, NV 89193-8873
518516581       E-mail/Text: M74banko@daimler.com Dec 10 2019 23:43:28      Mercedes Benz Financial Services,
                 36455 Corporate Drive,    Farmington, MI 48331
518516583      +E-mail/Text: jennifer.chacon@spservicing.com Dec 10 2019 23:43:34
                 Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
518516585       E-mail/Text: cio.bncmail@irs.gov Dec 10 2019 23:42:10      United States Treasury,
                 P.O. Box 931000,    Louisville, KY 40293-1000
                                                                                              TOTAL: 6
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2019 at the address(es) listed below:
```
              Barbara    Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara    Edwards    bedwardstrustee@aol.com,   NJ48@ecfcbis.com
              John R. Morton, Jr.    on behalf of Creditor    Daimler Trust ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    DLJ Mortgage Capital, Inc.
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Robert J. Lohr, II    on behalf of Debtor Brett A Giffin bob@lohrandassociates.com,
               leslie@lohrandassociates.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```